# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>           Plaintiff, <br> v. <br> AMANDO VILLARREAL HEREDIA (1), <br>           Defendant. | Case No.: 10cr3044-WQH <br><br> **ORDER** |

HAYES, Judge,

  IT IS HEREBY ORDERED that, no later than February 24, 2025, Plaintiff United States shall file a response to Defendant Amando Villareal Heredia's Motion for Modification of Term of Imprisonment (18 U.S.C. § 3582(c)(1)(A)) (ECF No. 2663).

Dated: January 27, 2025

               *William Q. Hayes*
              Hon. William Q. Hayes
              United States District Court